# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SHERYL L. USERY,

               Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

             Defendant.
_____/

CASE NO. 1:12-cv-01793-SMS

ORDER AUTHORIZING
SERVICE OF COMPLAINT

     On February 13, 2013, Plaintiff Sheryl L. Usery submitted an amended complaint in this matter.  The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that  service of the complaint upon the Commissioner is now appropriate.  Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.


IT IS SO ORDERED.

**Dated:   February 19, 2013**            _____/s/ Sandra M. Snyder_____
                               UNITED STATES MAGISTRATE JUDGE