Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff SHERYL URSERY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SHERYL URSERY ) | Case No.: 1:12-CV-1793-SMS |
| Plaintiff, ) | AMENDED STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Sheryl Ursery ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to November 18, 2013; and that Defendant shall have until December 18, 2013, to file his opposition, if any is forthcoming. Any reply by plaintiff will be due December 27, 2013.

1   An extension of time for plaintiff is needed in order to properly address the
2   issues within the administrative record in this matter.  Counsel sincerely apologizes
3   to the court for any inconvenience this may have had upon it or its staff.
4   DATE: October 7, 2013   Respectfully submitted,

    LAW OFFICES OF LAWRENCE D. ROHLFING

    /s/ *Steven G. Rosales*
    BY: _____
    Steven G. Rosales
    Attorney for plaintiff SHERYL URSERY

    DATE:  October 7, 2013   BENJAMIN WAGNER
                             United States Attorney

    */S/- *Geralyn Gulseth for* Michael Marriott

    _____
    Michael Marriott
    Special Assistant United States Attorney
    Attorney for Defendant
    [*Via email authorization by Geralyn Gulseth]

    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including November 18, 2013, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to December 18, 2013 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by plaintiff will be due December 27, 2013.

    IT IS SO ORDERED.

    DATE: 10/8/2013

    /s/ SANDRA M. SNYDER
    UNITED STATES MAGISTRATE JUDGE